MICHELE BECKWTIH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. FERNANDO MENCHACA-FERNANDEZ, Defendant. | Case No. 1:25-cr-00046-KES-BAM <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER** <br><br> Date; June 11, 2025 <br> Time: 1:00 p.m. <br> Judge: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED between the parties that the status conference set for May 14, 2025, at 1:00 p.m., can be continued to June 11, 2025, at 1:00 p.m.  The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.  The parties agree that time shall be excluded through June 11, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  May 7, 2025

*/s/ Eric Kersten*
ERIC KERSTEN
Attorney for Defendant


*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. FERNANDO MENCHACA-FERNANDEZ, Defendant. | Case No. 1:25-cr-00046-KES-BAM ORDER |
|---|---|

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for May 14, 2025, at 1:00 p.m. is hereby continued to **June 11, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through June 11, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **May 7, 2025**                                    /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE