MICHELE BECKWTIH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO MENCHACA-FERNANDEZ,<br><br>Defendant. | Case No. 1:25-cr-00046-KES-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE-OF-PLEA HEARING: AND ORDER**<br><br>Date; June 16, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED between the parties that the status conference set for June 11, 2025, at 1:00 p.m., can be vacated and a Change-of-Plea hearing can be set for June 16, 2025, at 9:30 a.m before the Honorable Kirk E. Sherriff.  The signed plea agreement has been filed on the docket.  Dkt. 15.  The parties agree that time shall be excluded through June 16, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  May 28, 2025

                                             */s/ Eric Kersten*
                                             ERIC KERSTEN
                                             Attorney for Defendant

                                             */s/ Arelis M. Clemente*
                                             ARELIS M. CLEMENTE
                                             Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00046-KES-BAM |
| Plaintiff, | ORDER |
| v. | |
| FERNANDO MENCHACA-FERNANDEZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for June 11, 2025, at 1:00 p.m. is hereby vacated and a **Change-of-Plea Hearing is set for June 16, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through June 16, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **May 28, 2025**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE