ERIC V. KERSTEN, CA BAR #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant Fernando Menchaca-Fernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FERNANDO MENCHACA-FERNANDEZ,<br><br>  Defendant. | No.  1:25-CR-00046-KES-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERIC V. KERSTEN AS ATTORNEY OF RECORD AND ORDER** |

On March 13, 2025, Defendant Fernando Menchaca-Fernandez was indicted on federal charges. Also on March 13, 2025, CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent Mr. Menchaca-Fernandez in his criminal case. Mr. Menchaca-Fernandez was sentenced pursuant to a plea agreement on September 8, 2025. The time for filing a direct appeal was September 26, 2025. No direct appeal was filed. Mr. Menchaca-Fernandez was in custody at sentencing. The trial phase of Mr. Menchaca-Fernandez's criminal case has, therefore, come to an end. Having completed his representation of Mr. Menchaca-Fernandez, CJA attorney Eric V. Kersten now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Menchaca-Fernandez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300

Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 26, 2025

Respectfully submitted,

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
Fernando Menchaca-Fernandez.

**ORDER**

Having reviewed the notice and found that attorney Eric V. Kersten has completed the services for which he was appointed, the Court hereby grants attorney Kersten's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Fernando Menchaca-Fernandez. at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fernando Menchaca-Fernandez, USM # 56684-408
Central Valley Annex
Central Valley MCCF
254 Taylor Avenue
McFarland, CA   93250

IT IS SO ORDERED.

Dated:   October 27, 2025

UNITED STATES DISTRICT JUDGE